ORIGINAL

STEVEN G. KALAR
Federal Public Defender

GALIA AMRAM PHILLIPS (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:     (415) 436-7706
Galia_Amram@fd.org

**FILED**

JUL 1 1 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-266 SI |
| Plaintiff, | DEFENDANT'S *MONTEJO* ASSERTION |
| v. | |
| Thomas Little Cloud | |
| Defendant. | |

I, _Thomas Little Cloud_, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

Dated: _____          _____
DEFENDANT                        GALIA AMRAM PHILLIPS
                                 Assistant Federal Public Defender
                                 Northern District of California