UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>    v.<br><br>THOMAS DANIEL LITTLE CLOUD,<br><br>           Defendant. | Case No. 16-cr-00266-SI-1<br><br>**ORDER RE: STATUS REPORT** |

Pursuant to the parties' stipulation and the Court's March 17, 2017 order, this matter was set for a June 16, 2017 hearing on defendant's to-be-filed motion to suppress evidence. Dkt. No. 45. As of the date of this order, defendant has not filed a motion to suppress.

The parties are hereby ORDERED to file a status report with the Court **on or before Thursday, June 15, 2017**. The parties are further ORDERED to appear, as scheduled, on June 16, 2017 at 11:00 a.m. for a status conference.

**IT IS SO ORDERED**.

Dated: June 14, 2017

_____
SUSAN ILLSTON
United States District Judge