UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS DANIEL LITTLE CLOUD,<br><br>    Defendant. | Case No. 16-cr-00266-SI-1<br><br>**ORDER DENYING REQUESTS TO FILE UNDER SEAL** |

The parties recently filed requests to submit certain documents under seal. "As a public forum, the Court has a policy of providing to the public full access to documents filed with the Court." Commentary to Crim. L.R. 56-1(b). "A sealing order may issue only upon a request that establishes that a document is sealable because, for example, the safety of persons or a legitimate law enforcement objective would be compromised by the public disclosure of the contents of the document. The request must be narrowly tailored[.]" Crim. L.R. 56-1(b).

The Court finds that the parties have not offered sufficient reasons to justify a sealing order and, therefore, DENIES without prejudice the requests to file under seal. If the parties wish the Court to consider the documents that they sought to seal, they must provide additional reasons to justify a sealing order or refile the documents publicly.

**IT IS SO ORDERED**.

Dated: October 6, 2017

                                          SUSAN ILLSTON
                                          United States District Judge