ERIN M. CRANE (CA. Bar # 145661)
819 Eddy Street
San Francisco, CA. 94109
Telephone: (415) 412-8728
Facsimile:  (415) 474-3748
Erincrane@sbcglobal.net

Attorney for Surety
NICHOLE LITTLE CLOUD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS DANIEL LITTLE CLOUD,<br><br>　　　　Defendant.<br>_____/ | CR 16-266 SI<br><br>SUPPLEMENTAL DECLARATION OF NICHOLE LITTLE COUD |

　　　　I, Nichole Little Cloud, submit this Declaration as a Supplement to my previously-filed Declaration of October 13, 2017.  I declare under penalty of perjury:

　　　　I appeared in Family Court in Alameda County on October 26, 2017.  The custody of Thomas Little Cloud, Jr., was extended to January 2018 in my care, with a modification allowing his biological mother, Summer Little Cloud, to have weekend overnights at her live-in rehabilitation residence.  Then returned to me.

　　　　My husband, Robert Little Cloud, saw his neurologist at Kaiser on October 31, 2017.  The doctor advised that the prognosis has not changed but that his dementia has progressed.

At the time of my son's arrest in this case, in June of 2016, he tried to kill himself. I know this because he told me after the fact, but also because I have pictures of enormous deep straight cuts to his wrists and enormous amounts of blood under the storage container in which he was arrested. I have provided these pictures to my counsel for the purpose of presenting them to the Court if necessary.

At the time I signed the bond for my son's release, I was unaware he had any bench warrant history.

I personally drove my son to the federal building on several occasions in which he did not have scheduled court dates. I waited in the cafeteria on the second floor while he was escorted somewhere else in the building. He later told me that he met with F.B.I. agents and others during those meetings.

I am aware that my son had a child custody hearing scheduled for May 9, 2017. He told me that his attorney was not prepared to proceed that day because he thought Thomas had already been sentenced and sent to prison. The hearing was continued to July 18, 2017, a subsequent to the day set for his change of plea. I am informed and believe that requests were made but the government was not willing to allow my son to remain out of custody post-plea for the purpose of attending that hearing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of November, 2017.

    /s/
Nichole Little Cloud