BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIAN R. FAERSTEIN (CABN 274850)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6473
    FAX: (415) 436-7234
    Brian.Faerstein@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00266 SI |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| THOMAS DANIEL LITTLE CLOUD, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with prejudice. The government files this notice of dismissal upon receipt of a certified copy of the death certificate confirming that the defendant died on September 2, 2017.

DATED: September 28, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_/s/ Barbara J. Valliere_
BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL
CR 16-00266 SI

Leave is granted to the government to dismiss the indictment with prejudice.

Date: 12/11/17

*Susan Illston* (signature)

HON. SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
CR 16-00266 SI